```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 36024
   ROMEO MARTINEZ
   DENISE H MARITNEZ                           CHAPTER 13

                                               JUDGE: MANUEL BARBOSA
             Debtor
   SSN XXX-XX-8333    SSN XXX-XX-5339


--------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/29/04 and confirmed on 11/18/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  62466.41 .

   4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
WASHINGTON MUTUAL BANK   CURRENT MORTG        .00            .00            .00
MEADOWS CREDIT UNION     SECURED              .00            .00            .00
ECAST SETTLEMENT CORP    SECURED           100.00           2.00         100.00
CITIFINANCIAL RETAIL SER SECURED           100.00           2.00         100.00
INTERNAL REVENUE SERVICE PRIORITY         7195.90            .00        7195.90
RESURGENT CAPITAL SERVIC UNSECURED        2636.54            .00        2636.54
ROUNDUP FUNDING LLC      UNSECURED       14061.56            .00       14061.56
BECKET & LEE LLP         UNSECURED        9875.57            .00        9875.57
ECAST SETTLEMENT CORPORA UNSECURED        2643.78            .00        2643.78
UNITED STUDENT AID FUNDS UNSECURED        2283.98            .00        2283.98
GE MONEY BANK            UNSECURED       NOT FILED           .00            .00
HOME DEPOT               UNSECURED       NOT FILED           .00            .00
KOHLS                    UNSECURED         425.57            .00         425.57
ECAST SETTLEMENT CORP    UNSECURED        2575.85            .00        2575.85
ECAST SETTLEMENT CORPORA UNSECURED        1113.98            .00        1113.98
RESURGENT CAPITAL SERVIC UNSECURED        4055.64            .00        4055.64
WASHINGTON MUTUAL BANK   MORTGAGE ARRE     286.05            .00         286.05
MEADOWS CREDIT UNION     MORTGAGE ARRE     371.71            .00         371.71
CITIFINANCIAL            UNSECURED        3540.54            .00        3540.54
ECAST SETTLEMENT CORP    UNSECURED        1503.00            .00        1503.00
--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
ECAST SETTLEMENT CORP    UNSECURED        4323.57            .00        4323.57
INTERNAL REVENUE SERVICE UNSECURED        1332.00            .00        1332.00
        Summary of disbursements:
--------------------------------------------------------------------------
                   SECURED       PRIORITY      UNSECURED       OTHER         TOTAL

TOTAL CLMS ALLOWED  857.76        7195.90       50371.58         .00       58425.24
```

```
PRINCIPAL PAID           857.76      7195.90     50371.58        .00     58425.24
INTEREST PAID              4.00          .00         .00         .00         4.00
TOTAL PAID               861.76      7195.90     50371.58        .00     58429.24
```

The Debtor's attorney, LEGAL HELPERS PC            , was allowed $   2200.00
and was paid $    800.00  direct and $   1400.00  through the plan.

The Trustee received $   2636.65 .

Refunds to the Debtor totaled $       .52 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/12/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE



                          PAGE   2
    CASE NO.  04 B 36024 ROMEO MARTINEZ & DENISE H MARITNEZ